United States Courts
Southern District of Texas
FILED

MAR 2 0 2020

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.   C-20-569 (8) |
| | § | |
| JOE DANIEL DAVILA | § | |

## **APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ryan K. Patrick, United States Attorney in and for the Southern District of Texas, and shows to the Court that **JOE DANIEL DAVILA, SID # 08392992**, is currently confined at the Nueces County Jail, Corpus Christi, Texas, is the defendant in the above-captioned case, which will be called for an Initial Appearance in the United States District Court for the Southern District of Texas, Corpus Christi Division before the United States ~~Magistrate~~ District Judge Nelva Gonzales Ramos on the 26th day of March, 2020, at 9:00 a.m./~~p.m.~~, in Corpus Christi, Texas.

Petitioner further represents that the Sheriff of Nueces County, Corpus Christi, Texas, will release the defendant into the custody of the United States Marshal or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the defendant's case is resolved he is to be returned by the United States Marshal into the custody of the Sheriff of Nueces County, Corpus Christi, Texas, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad

Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the 26th day of March , 2020, at 9:00 a.m. / ~~p.m.~~, so that he may be heard in this cause at that time.

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____

MICHAEL HESS
Assistant United States Attorney
Federal I.D. No. 883459
Texas State Bar No. 00798256
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Tel. (361) 888-3111; Fax (361) 888-3200